UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK THOMAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:13-cv-01477-VEH |
| ) | |
| MAHINDRA USA, INC., ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On October 13, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge that the motion for summary judgment filed by defendant be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 28th day of October, 2015.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge